IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| BAYVIEW LOAN SERVICING, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 1:09cv0019 SWW |
| | * | |
| | * | |
| DOUGLAS R. METCALF, | * | |
| RICHARD LADD, AND | * | |
| CLAUDIO FIAONI, | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 19th day of June, 2009, this matter comes on for consideration. It appearing to the Court that the parties have compromised and settled all claims in this case, counsel for the parties having so advised the Court, it is ORDERED that plaintiff's Complaint for Deficiency Judgment should be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED.

/s/Susan Webber Wright
United States District Judge

Submitted by:

WILSON & ASSOCIATES, P.L.L.C.
1882 North Starr Drive
Fayetteville, Arkansas 72701
(479) 521-5820
kmorrison@wilson-assoc.com

By: /s/ H. Keith Morrison
    H. Keith Morrison (84210)
    Blake E. Pennington (84210)
    Attorneys for Bayview Loan Servicing